OPINION — AG — **** DIRECTOR OF MERIT SYSTEM — AUTHORITY **** THE INITIAL AUTHORITY TO IMPLEMENT THE PROVISIONS OF HOUSE JOINT RESOLUTION 1020, FIRST SESSION, THIRTY THIRD LEGISLATURE (1971), RESTS WITH THE INDIVIDUAL AGENCIES. HOWEVER, IT IS WITHIN THE PURVIEW OF THE DIRECTOR OF THE MERIT SYSTEM TO OVERSEE THE ADMINISTRATION OF THE RESOLUTION AS IT APPLIES TO THE MERIT SYSTEM AND ACT IN ACCORDANCE WITH 74 O.S. 1961 810 [74-810] CITE: 74 O.S. 1961 801-839 [74-801] — [74-839] (MICHAEL D. MARTIN)